**Opinion issued February 19, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00059-CV

_____

**RAMESH KAPUR D/B/A AIC MANAGEMENT, ASSIGNEE OF CAROL GAFFORD, Appellant**

**V.**

**HREAL COMPANY LLC C/O JOHN BURGER, Appellee**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1190899**

## MEMORANDUM OPINION

Appellant Rames Kapur doing business as AIC Management, assignee of Carol Gafford filed a notice of appeal from the trial court's judgment. On January

21, 2026, Kapur filed a "Notice of Voluntary Withdrawal of Appeal," advising that he is not going to prosecute this appeal.

We construe Kapur's notice as a motion to voluntarily dismiss the appeal, which we grant. *See* TEX. R. APP. P. 42.1, 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.